# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| LARRY EARL RENO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 7:12-cv-02534-RBP-JEO |
| ) | |
| LUTHER STRANGE and BART HARMON, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 6, 2013, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. The plaintiff filed objections to the report and recommendation on February 15, 2013, essentially restating the arguments made in his initial complaint.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. A Final Judgment will be entered.

DATED this 27th day of March, 2013.

_____
ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE